No. 440.   O'HARA *v.* MURPHY, SPECIAL ADMINISTRATOR, ET AL.   December 6, 1943.   Motion for leave to proceed on the typewritten record granted.   Petition for writ

796

of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Walter I. Sundlin* and *William C. Crossley* for petitioner. *Maurice J. Murphy, pro se.*